

FILED

4/17/2026

JKS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **1:26-cr-00179** |
|  | ) | **Judge Sunil R. Harjani** |
| v. | ) | **Magistrate Judge Gabriel A. Fuentes** |
|  | ) | **Random/Cat 4** |
| KENNETH MALTBIA | ) | |
|  | ) | **INFORMATION** |

The UNITED STATES ATTORNEY charges:

Beginning no later than in or around May 2021 and continuing through in or around April 2025, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

KENNETH MALTBIA,

defendant herein, did knowingly and willfully embezzle, steal, purloin, and convert to his own use or use of another, money of the United States, namely, approximately $75,828 in funds administered by the Social Security Administration, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

*Andrew S. Boutros (by CAV)*
_____
UNITED STATES ATTORNEY